United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SOCLE TECHNOLOGY CORP,                          No. C-04-05498 EDL

            Plaintiff,                          **ORDER FOLLOWING TELEPHONE
                                                CONFERENCE AND CONTINUING
   v.                                           CASE MANAGEMENT CONFERENCE**

MAI LOGIC INC,

            Defendant.
_____/

        The Court received Defendant's August 16, 2005 letter requesting a continuance of the Early

Neutral Evaluation conference scheduled for August 19, 2005 and of certain key depositions that

were scheduled in the days before the ENE on the ground that counsel had just substituted in as

counsel of record.  Plaintiff informed the Court that it opposed a continuance; its client

representatives had already traveled from Taiwan for the depositions and the ENE.  The Court held a

telephone conference on August 17, 2005.  Arthur Brunwasser participated on behalf of Defendant;

Janine Bloch appeared for Plaintiff.

        Because defense counsel substituted in to this case on August 16, 2005, there is good cause

to continue the ENE and to reschedule the depositions.  The continuance, however, is conditioned on

payment by Defendant of the reasonable travel expenses incurred by Plaintiff as a result of the last-

minute continuances.  Defendant's counsel conceded that Defendant would be liable for those travel

costs if incurred for the purposes of attending the ENE and depositions.  Plaintiff's counsel

confirmed that her clients had traveled from Taiwan specifically for that purpose.  The parties shall

meet and confer to agree on the amount of expenses to be reimbursed and that amount shall be paid

promptly by Defendant.  The parties will also notify the evaluator of the continuance.

1    The Further Case Management Conference scheduled for August 30, 2005 is continued to

2    September 13, 2005 at 10:00 a.m.  An updated joint case management conference statement shall be

3    filed no later than September 6, 2005.  The updated statement shall include a proposed revised

4    schedule for the ENE and depositions.

5        **IT IS SO ORDERED.**

6    Dated: August 18, 2005

     _____
     ELIZABETH D. LAPORTE
7    United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9

SOCLE TECHNOLOGY CORP,                       No. C-04-05498 EDL

10
                  Plaintiff,                 **ORDER FOLLOWING TELEPHONE**
11                                           **CONFERENCE AND CONTINUING**
      v.                                     **CASE MANAGEMENT CONFERENCE**
12

MAI LOGIC INC,

13
                  Defendant.
14    _____/

15

           The Court received Defendant's August 16, 2005 letter requesting a continuance of the Early

16

Neutral Evaluation conference scheduled for August 19, 2005 and of certain key depositions that

17

were scheduled in the days before the ENE on the ground that counsel had just substituted in as

18

counsel of record.  Plaintiff informed the Court that it opposed a continuance; its client

19

representatives had already traveled from Taiwan for the depositions and the ENE.  The Court held a

20

telephone conference on August 17, 2005.  Arthur Brunwasser participated on behalf of Defendant;

21

Janine Bloch appeared for Plaintiff.

22

           Because defense counsel substituted in to this case on August 16, 2005, there is good cause

23

to continue the ENE and to reschedule the depositions.  The continuance, however, is conditioned on

24

payment by Defendant of the reasonable travel expenses incurred by Plaintiff as a result of the last-

25

minute continuances.  Defendant's counsel conceded that Defendant would be liable for those travel

26

costs if incurred for the purposes of attending the ENE and depositions.  Plaintiff's counsel

27

confirmed that her clients had traveled from Taiwan specifically for that purpose.  The parties shall

28

meet and confer to agree on the amount of expenses to be reimbursed and that amount shall be paid

promptly by Defendant.  The parties will also notify the evaluator of the continuance.

**United States District Court**
For the Northern District of California

1    The Further Case Management Conference scheduled for August 30, 2005 is continued to

2  September 13, 2005 at 10:00 a.m.  An updated joint case management conference statement shall be

3  filed no later than September 6, 2005.  The updated statement shall include a proposed revised

4  schedule for the ENE and depositions.

5    **IT IS SO ORDERED.**

6  Dated: August 18, 2005

_Elizabeth D. Laporte_
ELIZABETH D. LAPORTE
United States Magistrate Judge

**United States District Court**
For the Northern District of California

2

1
2
3
4
5
6                        IN THE UNITED STATES DISTRICT COURT
7
                      FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9
SOCLE TECHNOLOGY CORP,                          No. C-04-05498 EDL
10
            Plaintiff,                          **ORDER FOLLOWING TELEPHONE**
11                                              **CONFERENCE AND CONTINUING**
    v.                                          **CASE MANAGEMENT CONFERENCE**
12
MAI LOGIC INC,
13
            Defendant.
14 _____/
15
            The Court received Defendant's August 16, 2005 letter requesting a continuance of the Early
16
Neutral Evaluation conference scheduled for August 19, 2005 and of certain key depositions that
17
were scheduled in the days before the ENE on the ground that counsel had just substituted in as
18
counsel of record.  Plaintiff informed the Court that it opposed a continuance; its client
19
representatives had already traveled from Taiwan for the depositions and the ENE.  The Court held a
20
telephone conference on August 17, 2005.  Arthur Brunwasser participated on behalf of Defendant;
21
Janine Bloch appeared for Plaintiff.
22
            Because defense counsel substituted in to this case on August 16, 2005, there is good cause
23
to continue the ENE and to reschedule the depositions.  The continuance, however, is conditioned on
24
payment by Defendant of the reasonable travel expenses incurred by Plaintiff as a result of the last-
25
minute continuances.  Defendant's counsel conceded that Defendant would be liable for those travel
26
costs if incurred for the purposes of attending the ENE and depositions.  Plaintiff's counsel
27
confirmed that her clients had traveled from Taiwan specifically for that purpose.  The parties shall
28
meet and confer to agree on the amount of expenses to be reimbursed and that amount shall be paid

promptly by Defendant.  The parties will also notify the evaluator of the continuance.

United States District Court
For the Northern District of California

1      The Further Case Management Conference scheduled for August 30, 2005 is continued to

2  September 13, 2005 at 10:00 a.m.  An updated joint case management conference statement shall be

3  filed no later than September 6, 2005.  The updated statement shall include a proposed revised

4  schedule for the ENE and depositions.

5      **IT IS SO ORDERED.**

6  Dated: August 18, 2005

ELIZABETH D. LAPORTE
United States Magistrate Judge

**United States District Court**
For the Northern District of California

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SOCLE TECHNOLOGY CORP,

        Plaintiff,

  v.

MAI LOGIC INC,

        Defendant.

_____/

No. C-04-05498 EDL

**ORDER FOLLOWING TELEPHONE
CONFERENCE AND CONTINUING
CASE MANAGEMENT CONFERENCE**

The Court received Defendant's August 16, 2005 letter requesting a continuance of the Early Neutral Evaluation conference scheduled for August 19, 2005 and of certain key depositions that were scheduled in the days before the ENE on the ground that counsel had just substituted in as counsel of record.  Plaintiff informed the Court that it opposed a continuance; its client representatives had already traveled from Taiwan for the depositions and the ENE.  The Court held a telephone conference on August 17, 2005.  Arthur Brunwasser participated on behalf of Defendant; Janine Bloch appeared for Plaintiff.

Because defense counsel substituted in to this case on August 16, 2005, there is good cause to continue the ENE and to reschedule the depositions.  The continuance, however, is conditioned on payment by Defendant of the reasonable travel expenses incurred by Plaintiff as a result of the last-minute continuances.  Defendant's counsel conceded that Defendant would be liable for those travel costs if incurred for the purposes of attending the ENE and depositions.  Plaintiff's counsel confirmed that her clients had traveled from Taiwan specifically for that purpose.  The parties shall meet and confer to agree on the amount of expenses to be reimbursed and that amount shall be paid promptly by Defendant.  The parties will also notify the evaluator of the continuance.

1    The Further Case Management Conference scheduled for August 30, 2005 is continued to

2 September 13, 2005 at 10:00 a.m.  An updated joint case management conference statement shall be

3 filed no later than September 6, 2005.  The updated statement shall include a proposed revised

4 schedule for the ENE and depositions.

5    **IT IS SO ORDERED.**

6 Dated: August 18, 2005

*Elizabeth D. Laporte*

7                                                                ELIZABETH D. LAPORTE
                                                                 United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SOCLE TECHNOLOGY CORP,                    No. C-04-05498 EDL

        Plaintiff,                    **ORDER FOLLOWING TELEPHONE**
                                    **CONFERENCE AND CONTINUING**
  v.                    **CASE MANAGEMENT CONFERENCE**

MAI LOGIC INC,

        Defendant.
_____/

      The Court received Defendant's August 16, 2005 letter requesting a continuance of the Early

Neutral Evaluation conference scheduled for August 19, 2005 and of certain key depositions that

were scheduled in the days before the ENE on the ground that counsel had just substituted in as

counsel of record.  Plaintiff informed the Court that it opposed a continuance; its client

representatives had already traveled from Taiwan for the depositions and the ENE.  The Court held a

telephone conference on August 17, 2005.  Arthur Brunwasser participated on behalf of Defendant;

Janine Bloch appeared for Plaintiff.

      Because defense counsel substituted in to this case on August 16, 2005, there is good cause

to continue the ENE and to reschedule the depositions.  The continuance, however, is conditioned on

payment by Defendant of the reasonable travel expenses incurred by Plaintiff as a result of the last-

minute continuances.  Defendant's counsel conceded that Defendant would be liable for those travel

costs if incurred for the purposes of attending the ENE and depositions.  Plaintiff's counsel

confirmed that her clients had traveled from Taiwan specifically for that purpose.  The parties shall

meet and confer to agree on the amount of expenses to be reimbursed and that amount shall be paid

promptly by Defendant.  The parties will also notify the evaluator of the continuance.

1    The Further Case Management Conference scheduled for August 30, 2005 is continued to

2   September 13, 2005 at 10:00 a.m.  An updated joint case management conference statement shall be

3   filed no later than September 6, 2005.  The updated statement shall include a proposed revised

4   schedule for the ENE and depositions.

5        **IT IS SO ORDERED.**

6   Dated: August 18, 2005

7                                                    ELIZABETH D. LAPORTE
                                                     United States Magistrate Judge

United States District Court
For the Northern District of California

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SOCLE TECHNOLOGY CORP,

        Plaintiff,

  v.

MAI LOGIC INC,

        Defendant.

_____/

No. C-04-05498 EDL

**ORDER FOLLOWING TELEPHONE
CONFERENCE AND CONTINUING
CASE MANAGEMENT CONFERENCE**

The Court received Defendant's August 16, 2005 letter requesting a continuance of the Early Neutral Evaluation conference scheduled for August 19, 2005 and of certain key depositions that were scheduled in the days before the ENE on the ground that counsel had just substituted in as counsel of record. Plaintiff informed the Court that it opposed a continuance; its client representatives had already traveled from Taiwan for the depositions and the ENE. The Court held a telephone conference on August 17, 2005. Arthur Brunwasser participated on behalf of Defendant; Janine Bloch appeared for Plaintiff.

Because defense counsel substituted in to this case on August 16, 2005, there is good cause to continue the ENE and to reschedule the depositions. The continuance, however, is conditioned on payment by Defendant of the reasonable travel expenses incurred by Plaintiff as a result of the last-minute continuances. Defendant's counsel conceded that Defendant would be liable for those travel costs if incurred for the purposes of attending the ENE and depositions. Plaintiff's counsel confirmed that her clients had traveled from Taiwan specifically for that purpose. The parties shall meet and confer to agree on the amount of expenses to be reimbursed and that amount shall be paid promptly by Defendant. The parties will also notify the evaluator of the continuance.

1    The Further Case Management Conference scheduled for August 30, 2005 is continued to

2    September 13, 2005 at 10:00 a.m.  An updated joint case management conference statement shall be

3    filed no later than September 6, 2005.  The updated statement shall include a proposed revised

4    schedule for the ENE and depositions.

5    **IT IS SO ORDERED.**

6    Dated: August 18, 2005

       _Elizabeth D. Laporte_
       _____
       ELIZABETH D. LAPORTE
7      United States Magistrate Judge

**United States District Court**
For the Northern District of California

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SOCLE TECHNOLOGY CORP,                    No. C-04-05498 EDL

        Plaintiff,                           **ORDER FOLLOWING TELEPHONE**
                                            **CONFERENCE AND CONTINUING**
  v.                                          **CASE MANAGEMENT CONFERENCE**

MAI LOGIC INC,

        Defendant.
_____/

      The Court received Defendant's August 16, 2005 letter requesting a continuance of the Early
Neutral Evaluation conference scheduled for August 19, 2005 and of certain key depositions that
were scheduled in the days before the ENE on the ground that counsel had just substituted in as
counsel of record.  Plaintiff informed the Court that it opposed a continuance; its client
representatives had already traveled from Taiwan for the depositions and the ENE.  The Court held a
telephone conference on August 17, 2005.  Arthur Brunwasser participated on behalf of Defendant;
Janine Bloch appeared for Plaintiff.

      Because defense counsel substituted in to this case on August 16, 2005, there is good cause
to continue the ENE and to reschedule the depositions.  The continuance, however, is conditioned on
payment by Defendant of the reasonable travel expenses incurred by Plaintiff as a result of the last-
minute continuances.  Defendant's counsel conceded that Defendant would be liable for those travel
costs if incurred for the purposes of attending the ENE and depositions.  Plaintiff's counsel
confirmed that her clients had traveled from Taiwan specifically for that purpose.  The parties shall
meet and confer to agree on the amount of expenses to be reimbursed and that amount shall be paid
promptly by Defendant.  The parties will also notify the evaluator of the continuance.

1    The Further Case Management Conference scheduled for August 30, 2005 is continued to

2    September 13, 2005 at 10:00 a.m.  An updated joint case management conference statement shall be

3    filed no later than September 6, 2005.  The updated statement shall include a proposed revised

4    schedule for the ENE and depositions.

5        **IT IS SO ORDERED.**

6    Dated: August 18, 2005

7                                                           ELIZABETH D. LAPORTE
                                                            United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court

For the Northern District of California

2

1

2

3

4

5

6          IN THE UNITED STATES DISTRICT COURT

7        FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

SOCLE TECHNOLOGY CORP,                    No. C-04-05498 EDL

10        Plaintiff,                      **ORDER FOLLOWING TELEPHONE**
11                                        **CONFERENCE AND CONTINUING**
   v.                                     **CASE MANAGEMENT CONFERENCE**
12

MAI LOGIC INC,
13
          Defendant.
14 _____/

15        The Court received Defendant's August 16, 2005 letter requesting a continuance of the Early

16 Neutral Evaluation conference scheduled for August 19, 2005 and of certain key depositions that

17 were scheduled in the days before the ENE on the ground that counsel had just substituted in as

18 counsel of record.  Plaintiff informed the Court that it opposed a continuance; its client

19 representatives had already traveled from Taiwan for the depositions and the ENE.  The Court held a

20 telephone conference on August 17, 2005.  Arthur Brunwasser participated on behalf of Defendant;

21 Janine Bloch appeared for Plaintiff.

22        Because defense counsel substituted in to this case on August 16, 2005, there is good cause

23 to continue the ENE and to reschedule the depositions.  The continuance, however, is conditioned on

24 payment by Defendant of the reasonable travel expenses incurred by Plaintiff as a result of the last-

25 minute continuances.  Defendant's counsel conceded that Defendant would be liable for those travel

26 costs if incurred for the purposes of attending the ENE and depositions.  Plaintiff's counsel

27 confirmed that her clients had traveled from Taiwan specifically for that purpose.  The parties shall

28 meet and confer to agree on the amount of expenses to be reimbursed and that amount shall be paid

promptly by Defendant.  The parties will also notify the evaluator of the continuance.

**United States District Court**
For the Northern District of California

1    The Further Case Management Conference scheduled for August 30, 2005 is continued to

2  September 13, 2005 at 10:00 a.m.  An updated joint case management conference statement shall be

3  filed no later than September 6, 2005.  The updated statement shall include a proposed revised

4  schedule for the ENE and depositions.

5    **IT IS SO ORDERED.**

6  Dated: August 18, 2005

_Elizabeth D. Laporte_

ELIZABETH D. LAPORTE
United States Magistrate Judge

**United States District Court**
For the Northern District of California

2

1
2
3
4
5
6
7
8

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9
10
11
12
13
14

SOCLE TECHNOLOGY CORP,                    No. C-04-05498 EDL

        Plaintiff,                              **ORDER FOLLOWING TELEPHONE**
                                                    **CONFERENCE AND CONTINUING**
    v.                                          **CASE MANAGEMENT CONFERENCE**

MAI LOGIC INC,

        Defendant.
_____/

15
16
17
18
19
20
21

      The Court received Defendant's August 16, 2005 letter requesting a continuance of the Early

Neutral Evaluation conference scheduled for August 19, 2005 and of certain key depositions that

were scheduled in the days before the ENE on the ground that counsel had just substituted in as

counsel of record.  Plaintiff informed the Court that it opposed a continuance; its client

representatives had already traveled from Taiwan for the depositions and the ENE.  The Court held a

telephone conference on August 17, 2005.  Arthur Brunwasser participated on behalf of Defendant;

Janine Bloch appeared for Plaintiff.

22
23
24
25
26
27
28

      Because defense counsel substituted in to this case on August 16, 2005, there is good cause

to continue the ENE and to reschedule the depositions.  The continuance, however, is conditioned on

payment by Defendant of the reasonable travel expenses incurred by Plaintiff as a result of the last-

minute continuances.  Defendant's counsel conceded that Defendant would be liable for those travel

costs if incurred for the purposes of attending the ENE and depositions.  Plaintiff's counsel

confirmed that her clients had traveled from Taiwan specifically for that purpose.  The parties shall

meet and confer to agree on the amount of expenses to be reimbursed and that amount shall be paid

promptly by Defendant.  The parties will also notify the evaluator of the continuance.

1      The Further Case Management Conference scheduled for August 30, 2005 is continued to

2  September 13, 2005 at 10:00 a.m.  An updated joint case management conference statement shall be

3  filed no later than September 6, 2005.  The updated statement shall include a proposed revised

4  schedule for the ENE and depositions.

5          **IT IS SO ORDERED.**

6  Dated: August 18, 2005

*Elizabeth D. Laporte*

7                                                          ELIZABETH D. LAPORTE
                                                          United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2

1
2
3
4
5
6
7
8

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9
10
11
12
13
14

SOCLE TECHNOLOGY CORP,

        Plaintiff,

   v.

MAI LOGIC INC,

        Defendant.

_____/

No. C-04-05498 EDL

**ORDER FOLLOWING TELEPHONE
CONFERENCE AND CONTINUING
CASE MANAGEMENT CONFERENCE**

15
16
17
18
19
20
21
22
23
24
25
26
27
28

     The Court received Defendant's August 16, 2005 letter requesting a continuance of the Early

Neutral Evaluation conference scheduled for August 19, 2005 and of certain key depositions that

were scheduled in the days before the ENE on the ground that counsel had just substituted in as

counsel of record.  Plaintiff informed the Court that it opposed a continuance; its client

representatives had already traveled from Taiwan for the depositions and the ENE.  The Court held a

telephone conference on August 17, 2005.  Arthur Brunwasser participated on behalf of Defendant;

Janine Bloch appeared for Plaintiff.

     Because defense counsel substituted in to this case on August 16, 2005, there is good cause

to continue the ENE and to reschedule the depositions.  The continuance, however, is conditioned on

payment by Defendant of the reasonable travel expenses incurred by Plaintiff as a result of the last-

minute continuances.  Defendant's counsel conceded that Defendant would be liable for those travel

costs if incurred for the purposes of attending the ENE and depositions.  Plaintiff's counsel

confirmed that her clients had traveled from Taiwan specifically for that purpose.  The parties shall

meet and confer to agree on the amount of expenses to be reimbursed and that amount shall be paid

promptly by Defendant.  The parties will also notify the evaluator of the continuance.

United States District Court

For the Northern District of California

1    The Further Case Management Conference scheduled for August 30, 2005 is continued to

2    September 13, 2005 at 10:00 a.m.  An updated joint case management conference statement shall be

3    filed no later than September 6, 2005.  The updated statement shall include a proposed revised

4    schedule for the ENE and depositions.

5    **IT IS SO ORDERED.**

6    Dated: August 18, 2005

*Elizabeth D. Laporte*

ELIZABETH D. LAPORTE
United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1

2

3

4

5

6                         IN THE UNITED STATES DISTRICT COURT

7                       FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

SOCLE TECHNOLOGY CORP,                         No. C-04-05498 EDL

10
                Plaintiff,                      **ORDER FOLLOWING TELEPHONE**
11                                              **CONFERENCE AND CONTINUING**
     v.                                         **CASE MANAGEMENT CONFERENCE**
12

MAI LOGIC INC,
13
                Defendant.
14   _____/

15

16        The Court received Defendant's August 16, 2005 letter requesting a continuance of the Early

Neutral Evaluation conference scheduled for August 19, 2005 and of certain key depositions that
17
were scheduled in the days before the ENE on the ground that counsel had just substituted in as
18
counsel of record.  Plaintiff informed the Court that it opposed a continuance; its client
19
representatives had already traveled from Taiwan for the depositions and the ENE.  The Court held a
20
telephone conference on August 17, 2005.  Arthur Brunwasser participated on behalf of Defendant;
21
Janine Bloch appeared for Plaintiff.
22
          Because defense counsel substituted in to this case on August 16, 2005, there is good cause
23
to continue the ENE and to reschedule the depositions.  The continuance, however, is conditioned on
24
payment by Defendant of the reasonable travel expenses incurred by Plaintiff as a result of the last-
25
minute continuances.  Defendant's counsel conceded that Defendant would be liable for those travel
26
costs if incurred for the purposes of attending the ENE and depositions.  Plaintiff's counsel
27
confirmed that her clients had traveled from Taiwan specifically for that purpose.  The parties shall
28
meet and confer to agree on the amount of expenses to be reimbursed and that amount shall be paid

promptly by Defendant.  The parties will also notify the evaluator of the continuance.

**United States District Court**
For the Northern District of California

1    The Further Case Management Conference scheduled for August 30, 2005 is continued to

2  September 13, 2005 at 10:00 a.m.  An updated joint case management conference statement shall be

3  filed no later than September 6, 2005.  The updated statement shall include a proposed revised

4  schedule for the ENE and depositions.

5    **IT IS SO ORDERED.**

6  Dated: August 18, 2005

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

**United States District Court**
For the Northern District of California

2

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9
SOCLE TECHNOLOGY CORP,                    No. C-04-05498 EDL
10
            Plaintiff,                    **ORDER FOLLOWING TELEPHONE**
11                                        **CONFERENCE AND CONTINUING**
    v.                                    **CASE MANAGEMENT CONFERENCE**
12
MAI LOGIC INC,
13
            Defendant.
14    _____/

15

16          The Court received Defendant's August 16, 2005 letter requesting a continuance of the Early

17   Neutral Evaluation conference scheduled for August 19, 2005 and of certain key depositions that

     were scheduled in the days before the ENE on the ground that counsel had just substituted in as
18
     counsel of record.  Plaintiff informed the Court that it opposed a continuance; its client
19
     representatives had already traveled from Taiwan for the depositions and the ENE.  The Court held a
20
     telephone conference on August 17, 2005.  Arthur Brunwasser participated on behalf of Defendant;
21
     Janine Bloch appeared for Plaintiff.
22
            Because defense counsel substituted in to this case on August 16, 2005, there is good cause
23
     to continue the ENE and to reschedule the depositions.  The continuance, however, is conditioned on
24
     payment by Defendant of the reasonable travel expenses incurred by Plaintiff as a result of the last-
25
     minute continuances.  Defendant's counsel conceded that Defendant would be liable for those travel
26
     costs if incurred for the purposes of attending the ENE and depositions.  Plaintiff's counsel
27
     confirmed that her clients had traveled from Taiwan specifically for that purpose.  The parties shall
28
     meet and confer to agree on the amount of expenses to be reimbursed and that amount shall be paid

     promptly by Defendant.  The parties will also notify the evaluator of the continuance.

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

1    The Further Case Management Conference scheduled for August 30, 2005 is continued to

2  September 13, 2005 at 10:00 a.m.  An updated joint case management conference statement shall be

3  filed no later than September 6, 2005.  The updated statement shall include a proposed revised

4  schedule for the ENE and depositions.

5    **IT IS SO ORDERED.**

6  Dated: August 18, 2005

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge