IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCLE TECHNOLOGY CORPORATION, | No. C-04-05498 EDL |
| Plaintiff, | **ORDER FOLLOWING FURTHER CASE MANAGEMENT CONFERENCE** |
| v. | |
| MAI LOGIC, INC., | |
| Defendant. / | |

Following the further case management conference held on November 29, 2005, the Court issues the following order.

1. Defendant shall file one or more declarations explaining why the remaining amount of $6,000 in travel expenses has not been paid to Plaintiff as previously ordered by the Court. The declaration(s) shall be from the person or persons most knowledgeable and shall include the steps Defendant is taking to make the payment and when the payment will be made.

2. The parties shall serve and file their amended pleadings within forty days of November 29, 2005.

3. Each side will serve and file their responsive pleadings within thirty days thereafter.

4. The parties will serve their initial disclosures within thirty days after service of the amended pleadings.

//

//

5. A further case management conference is scheduled for April 25, 2006 at 10:00 a.m. A joint case management conference statement shall be filed no later than April 14, 2006.

**IT IS SO ORDERED**.

Dated: November 30, 2005

ELIZABETH D. LAPORTE
United States Magistrate Judge

2