IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCLE TECHNOLOGY CORP, | No. C-04-05498 EDL |
| Plaintiff, | **ORDER FOR BRIEFING** |
| v. | |
| MAI LOGIC INC, | |
| Defendant. / | |

On January 18, 2006, Plaintiff filed a request for dismissal with prejudice for the Court's approval. On January 24, 2006, Defendant filed a letter requesting that the Court order briefing on the issue of the applicability of Federal Rule of Civil Procedure 41(a)(2) on Plaintiff's request for dismissal in light of Defendant's counterclaim.

Good cause appearing, the Court orders the following briefing schedule. Defendant shall file its brief no later than February 8, 2006. Plaintiff shall file a responsive brief no later than February 15, 2006. The Court will inform the parties if further briefing or a hearing is necessary.

**IT IS SO ORDERED.**

Dated: January 27, 2006

ELIZABETH D. LAPORTE
United States Magistrate Judge