```
Janine D. Bloch (SBN 148377)
D. Lilah McLean (SBN 203594)
PRESTON GATES & ELLIS LLP
55 Second Street, Suite 1700
San Francisco, California 94105-3493
Telephone:  (415) 882-8200
Facsimile:  (415) 882-8220

Attorneys for Plaintiff and Counterdefendant
Socle Technology Corporation, a corporation
organized and existing under the laws of Taiwan
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Socle Technology Corporation, a corporation organized and existing under the laws of Taiwan,<br><br>Plaintiff,<br><br>v.<br><br>Mai Logic, Inc., a California Corporation,<br><br>Defendant. | Case No. C 04 5498 EDL<br><br>**REQUEST FOR DISMISSAL, WITH PREJUDICE AND ORDER** |
| Mai Logic, Inc.<br>Counterclaimant,<br><br>v.<br><br>Socle Technology Corporation,<br>Counterdefendant. | |

1 |     Pursuant to FRCP 41(a)(2), Plaintiff Socle Technology Corporation requests this Court enter
2 | a dismissal of its Complaint in the above-captioned action, with prejudice.

4 | DATED: January 13, 2006      PRESTON GATES & ELLIS LLP

By: _____
Janine D. Bloch
Attorneys for Plaintiff and Counterdefendant
Socle Technology Corporation

IT IS HEREBY ORDERED that plaintiff Socle Technology Corporation's Complaint be dismissed with prejudice. on the condition that Socle does not contest this Court's exercise of personal jurisdiction over it for purposes of adjudicating Defendant's counterclaim.

Dated: February 17, 2006

_____
JUDGE OF THE UNITED STATES
DISTRICT COURT NORTHERN DISTRICT
OF CALIFORNIA

IT IS SO ORDERED
Judge Elizabeth D. Laporte

K:\52352\00001\DL1B\DL1BP22N5

---

REQUEST FOR DISMISSAL     2     Printed on Recycled Paper
Case No. C 04 5498 EDL